IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CV-704-M

| | |
|---|---|
| THERESSA GLOVER and GUILLERMO MALDONADO-SANCHEZ, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER**<br>) |
| RDU AIRPORT AUTHORITY, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the court on Plaintiffs' motion for entry of a new scheduling order to allow for discovery after the court allowed Plaintiffs to amend the complaint. [DE-96]. For good cause shown, the motion is allowed, and case deadlines are amended as follows:

1. Disclosure of expert witnesses and reports under Fed. R. Civ. P. 26(a)(2) are due from Plaintiffs no later than **October 17, 2025**, and from Defendants no later than **November 17, 2025**;

2. All discovery shall be completed by **February 17, 2026**;

3. All potentially dispositive motions shall be filed no later than **March 17, 2026**; and

4. The final pretrial conference is set for **June 30, 2026**, and the trial is set for the **July 14, 2026** term of court before Chief United States District Judge Richard E. Myers II in Wilmington, North Carolina. If the trial and/or pretrial conference dates create conflicts for any party, the court will entertain motions to continue, and the date(s) may be changed as needed depending on the court's and parties' schedules.

Provisions of the court's prior scheduling order not altered herein remain in effect.

SO ORDERED, the 2 day of September, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge